**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
SOLANO COUNTY JAIL
and LT. MARSH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN BIGOSKI ODOM<br><br>Plaintiff,<br><br>vs.<br><br>SOLANO COUNTY JUSTICE CENTER DETENTION FACILITY, et al.,<br><br>Defendants. | No.  2:12-cv-0390 JAM CMK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE** |

The parties to this action hereby stipulate to the dismissal of this action, in its entirety, with prejudice, each side to bear its own costs and attorneys fees.

Dated: 2/1/16             /s/ "*Ryan Odom*" (original signature retained by counsel)
                          RYAN BIGOSKI ODOM,
                          Plaintiff

Dated: 2/25/16            WILLIAMS & ASSOCIATES

                          By:/s/ *Kathleen J. Williams*
                             KATHLEEN J. WILLIAMS, CSB 127021
                             Attorneys for defendants SOLANO COUNTY
                             JAIL and LT. MARSH

**IT IS SO ORDERED**

Dated:  2/25/2016         /s/ John A. Mendez
                          JOHN A. MENDEZ, Judge
                          USDC, Eastern District of California

1